IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

David A. Dalton,                                              Case No. 3:06-2309

           Plaintiff,

  -vs-                                                        JUDGMENT   ENTRY

Providian National Bank, et al.,

      For the reasons stated in the Memorandum Opinion and Order filed contemporaneously with this entry IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Providian's judgment on the pleadings is denied as to Counts two and three and denied-in-part and granted-in-part as to Count One.

**IT IS SO ORDERED.**

   s/   JACK ZOUHARY             6/4/07
      UNITED STATES DISTRICT JUDGE